# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| | | |
|---|---|---|
| **1. Person Reporting** (last name, first, middle initial)<br><br>Gilman, Ronald L. | **2. Court or Organization**<br><br>U. S. Court of Appeals, Sixth Circuit | **3. Date of Report**<br><br>03/19/2021 |
| **4. Title (Article III judges indicate active or senior status;** magistrate judges indicate full- or part-time)<br><br>U. S. Circuit Judge (Senior Status) | **5a. Report Type (check appropriate type)**<br><br>☐ Nomination     Date<br>☐ Initial    ✔ Annual    ☐ Final<br><br>**5b.** ☐ Amended Report | **6. Reporting Period**<br><br>01/01/2020<br>**to**<br>12/31/2020 |

| |
|---|
| **7. Chambers or Office Address**<br><br>167 North Main Street, Suite 1176<br>Memphis, TN 38103 |
| ***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.* |

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

✔ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔  NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | Gulf Housing Ltd. Partnership (5 apt. projects in Ala. and Miss.) | A | Interest | J | W | | | | | |
| 2. | | C | Rent | | | | | | | |
| 3. | FedTrust Federal Credit Union (cash-equivalent) | A | Interest | L | T | | | | | |
| 4. | Schwab Cash & Bank Sweep (cash-equivalent) | A | Interest | K | T | | | | | |
| 5. | Barclays Bank iPath Pure Beta | | None | | | Buy (add'l) | 03/20/20 | J | | |
| 6. | | | | | | Sold | 03/23/20 | L | | |
| 7. | Blackrock Strategic Income Opportunities Portfolio | A | Dividend | | | Buy (add'l) | 01/14/20 | K | | |
| 8. | | | | | | Sold (part) | 03/09/20 | J | | |
| 9. | | | | | | Sold | 03/20/20 | K | | |
| 10. | Charles Schwab U.S. REIT | | None | | | Sold | 03/23/20 | L | | |
| 11. | Charles Schwab U.S. Broad Market | D | Dividend | N | T | Buy | 03/20/20 | K | | |
| 12. | | | | | | Buy (add'l) | 03/23/20 | N | | |
| 13. | | | | | | Sold (part) | 06/25/20 | L | E | |
| 14. | DFA Emerging Markets Core Equity Portfolio | C | Dividend | M | T | Buy (add'l) | 03/20/20 | K | | |
| 15. | DFA International Core Equity | D | Dividend | O | T | Buy (add'l) | 03/20/20 | K | | |
| 16. | | | | | | Buy (add'l) | 03/23/20 | M | | |
| 17. | | | | | | Sold (part) | 04/07/20 | L | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  DFA International Small Co. Portfolio | | None | | | Buy | 03/23/20 | K | | |
| 19. | | | | | Sold | 06/16/20 | K | D | |
| 20.  DFA U.S. Small Cap Value | C | Dividend | M | T | Buy (add'l) | 03/09/20 | K | | |
| 21. | | | | | Buy (add'l) | 03/20/20 | L | | |
| 22. | | | | | Buy (add'l) | 03/23/20 | J | | |
| 23. | | | | | Sold (part) | 03/27/20 | L | | |
| 24. | | | | | Sold (part) | 09/01/20 | K | | |
| 25.  Doubleline Shiller Enhanced CAPE | A | Dividend | | | Sold | 03/23/20 | L | | |
| 26.  Fidelity International Cap Appreciation Fund | | None | | | Buy | 01/17/20 | L | | |
| 27. | | | | | Sold | 08/28/20 | L | C | |
| 28.  Fidelity Money Market Premium Class | | None | | | Sold | 01/17/20 | L | | |
| 29.  Fidelity Select IT Services Portfolio | E | Dividend | N | T | | | | | |
| 30.  Fidelity Select Technology | E | Dividend | M | T | Buy | 08/28/20 | L | | |
| 31. | | | | | Buy (add'l) | 08/31/20 | L | | |
| 32.  Goldman Sachs Growth Equity Linked Note due 7/9/20 | | None | | | Sold | 03/24/20 | M | | |
| 33.  Goldman Sachs GQG Partners International Opportunities | A | Dividend | K | T | Buy | 06/16/20 | K | | |
| 34.  Invesco S&P 500 Quality | A | Dividend | | | Sold | 03/23/20 | L | E | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. iShares MSCI World Index | | None | | | Buy | 02/03/20 | L | | |
| 36. | | | | | Buy (add'l) | 02/26/20 | L | | |
| 37. | | | | | Sold | 03/23/20 | L | | |
| 38. iShares S&P Midcap 400 Value | D | Dividend | N | T | Buy (add'l) | 03/20/20 | K | | |
| 39. | | | | | Buy (add'l) | 03/23/20 | L | | |
| 40. | | | | | Sold (part) | 09/01/20 | K | D | |
| 41. iShares Tr. Russell 3000 Index | E | Dividend | P1 | T | Sold (part) | 01/14/20 | K | D | |
| 42. | | | | | Sold (part) | 09/01/20 | L | F | |
| 43. John Hancock Multifactor Developed Int'l | B | Dividend | M | T | Buy | 04/07/20 | L | | |
| 44. JP Morgan Strategic Income Opportunity Port. | A | Dividend | | | Sold | 03/20/20 | J | | |
| 45. Matthews Asia Growth | | None | | | Sold | 01/31/20 | L | D | |
| 46. Morgan Stanley Note Zero CPN due 2/25/20 | | None | | | Matured | 02/25/20 | L | D | |
| 47. Pimco Enhanced Short Maturity Strategy | A | Dividend | K | T | | | | | |
| 48. SPDR S&P 600 Small Cap Value | B | Dividend | M | T | Buy | 03/27/20 | L | | |
| 49. Stone Ridge Alt. Lending Risk Premium | A | Dividend | J | T | Sold (part) | 06/12/20 | J | | |
| 50. | | | | | Sold (part) | 09/11/20 | J | | |
| 51. | | | | | Sold (part) | 12/04/20 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | Stone Ridge Reinsurance Risk Premium Interval | B | Dividend | L | T | Sold (part) | 05/29/20 | J | | |
| 53. | | | | | | Sold (part) | 08/21/20 | K | | |
| 54. | | | | | | Sold (part) | 11/20/20 | J | | |
| 55. | T Rowe Price Summit Int. Term Bond | D | Interest | O | T | Sold (part) | 03/20/20 | L | | |
| 56. | | | | | | Buy (add'l) | 03/23/20 | M | | |
| 57. | | | | | | Buy (add'l) | 06/25/20 | L | | |
| 58. | | | | | | Buy (add'l) | 08/28/20 | K | | |
| 59. | | | | | | Buy (add'l) | 09/01/20 | M | | |
| 60. | Thornburg Ltd. Term Muni | A | Interest | | | Sold (part) | 03/09/20 | J | A | |
| 61. | | | | | | Sold | 03/20/20 | M | | |
| 62. | Tortoise MLP & Pipeline | | None | | | Buy | 03/20/20 | K | | |
| 63. | | | | | | Sold | 03/23/20 | K | | |
| 64. | Tortoise North American Pipeline | A | Dividend | | | Sold | 03/23/20 | K | | |
| 65. | Vanguard International Dividend | A | Dividend | | | Sold | 03/23/20 | L | | |
| 66. | Vanguard Ltd. Term Tax Exempt (Admiral Share) | A | Dividend | | | Sold | 03/23/20 | L | | |
| 67. | | | | | | | | | | |
| 68. | | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | IRA #1 (H) | | | | | | | | | |
| 70. | - Schwab Cash & Bank Sweep (cash-equivalent) | A | Interest | K | T | | | | | |
| 71. | - Blackrock Strategic Income Opportunities Portfolio | A | Dividend | | | Sold | 03/20/20 | K | | |
| 72. | - Charles Schwab U.S. Broad Market | A | Dividend | | | Buy | 03/20/20 | J | | |
| 73. | - DFA Int'l Core Equity | C | Dividend | M | T | Sold (part) | 01/14/20 | J | A | |
| 74. | | | | | | Buy (add'l) | 03/20/20 | L | | |
| 75. | | | | | | Sold (part) | 09/25/20 | L | D | |
| 76. | - DFA Int'l Small Company Port. | | None | | | Buy (add'l) | 03/20/20 | K | | |
| 77. | | | | | | Sold | 06/16/20 | M | B | |
| 78. | - DFA U.S. Small Cap Value | C | Dividend | M | T | Buy (add'l) | 03/23/20 | K | | |
| 79. | - Dodge & Cox Income Fund | A | Dividend | K | T | Buy | 06/25/20 | J | | |
| 80. | | | | | | Buy (add'l) | 09/25/20 | K | | |
| 81. | - Doubleline Shiller Enhanced CAPE | | None | | | Buy | 03/20/20 | J | | |
| 82. | | | | | | Sold | 03/23/20 | J | | |
| 83. | - Goldman Sachs GQG Partner International Opportunities | A | Dividend | M | T | Buy | 06/16/20 | M | | |
| 84. | | | | | | Buy (add'l) | 09/25/20 | K | | |
| 85. | - iShares Edge MSCI International Quality | | None | | | Buy | 03/20/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold | 03/23/20 | J | | |
| 87.   - JP Morgan Strategic Income Oppty. | A | Dividend | | | Sold | 03/20/20 | K | | |
| 88.   -JP Morgan Tax Aware Real Return | A | Dividend | | | Sold | 03/20/20 | K | | |
| 89.   - Stone Ridge Alt. Lending Risk Premium | A | Dividend | J | T | Sold (part) | 03/13/20 | K | | |
| 90. | | | | | Sold (part) | 06/12/20 | J | | |
| 91. | | | | | Sold (part) | 09/11/20 | J | | |
| 92. | | | | | Sold (part) | 12/04/20 | J | | |
| 93. | | | | | | | | | |
| 94.   IRA #2 (H) | | | | | | | | | |
| 95.   -Schwab Cash & Bank Sweep (cash-equivalent) | A | Interest | K | T | | | | | |
| 96.   - DFA Emerging Markets Core Equity | B | Dividend | L | T | Buy | 03/23/20 | K | | |
| 97.   - DFA U.S. Small Cap Value | A | Dividend | L | T | Buy | 03/09/20 | J | | |
| 98. | | | | | Buy (add'l) | 03/23/20 | K | | |
| 99. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 100.   -Dodge & Cox Income Fund | A | Dividend | K | T | Sold (part) | 03/09/20 | J | A | |
| 101. | | | | | Buy (add'l) | 06/25/20 | J | | |
| 102. | | | | | Buy (add'l) | 08/28/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. | | | | | Buy (add'l) | 09/25/20 | J | | |
| 104. -Goldman Sachs Gr. Equity Linked Note due 7/9/20 | | None | | | Sold | 03/24/20 | K | | |
| 105. -iShares MSCI World Index | | None | | | Buy | 02/03/20 | K | | |
| 106. | | | | | Sold | 03/23/20 | K | | |
| 107. -JP Morgan Strategic Income Opportunity | A | Dividend | | | Sold | 03/20/20 | K | | |
| 108. -Matthews Asia Growth | | None | | | Sold | 01/31/20 | K | | |
| 109. - Stone Ridge Alt. Lending Risk Premium | B | Dividend | K | T | Sold (part) | 06/12/20 | J | | |
| 110. | | | | | Sold (part) | 09/11/20 | J | | |
| 111. | | | | | Sold (part) | 12/04/20 | K | | |
| 112. -Stone Ridge Reinsurance Risk Premium Interval | A | Dividend | J | T | Sold (part) | 05/29/20 | J | | |
| 113. | | | | | Sold (part) | 08/21/20 | J | | |
| 114. | | | | | Sold (part) | 11/20/20 | J | | |
| 115. -Vanguard REIT | | | | | Buy | 03/20/20 | K | | |
| 116. | | | | | Sold | 03/23/20 | K | | |
| 117. | | | | | | | | | |
| 118. College Savings Plan (529 account) for Grandchild #1 (H) | | | | | | | | | |
| 119. - Fidelity/Delaware Money Market | | None | L | T | Sold (part) | 04/30/20 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Gilman, Ronald L.** | 03/19/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. | | | | | Sold<br>(part) | 07/28/20 | K | | |
| 121. | | | | | Sold<br>(part) | 12/29/20 | K | | |
| 122. | | | | | | | | | |
| 123. College Savings Plan (529 account) for Grandchild #2 (H) | | | | | | | | | |
| 124. - Fidelity/Delaware Money Market | None | | M | T | | | | | |
| 125. | | | | | | | | | |
| 126. College Savings Plan (529 account) for Grandchild #3 (H) | | | | | | | | | |
| 127. - Fidelity/Delaware Total Market Index Fund | None | | L | T | | | | | |
| 128. -Fidelity/Delaware Money Market | None | | M | T | | | | | |
| 129. | | | | | | | | | |
| 130. College Savings Plan (529 account) for Grandchild #4 (H) | | | | | | | | | |
| 131. - Fidelity/Delaware Total Market Index Fund | None | | L | T | | | | | |
| 132. -Fidelity/Delaware Money Market | None | | M | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Lines 118-132.  I have shown "None" for "Income during reporting period" for these college savings plans (Sec. 529 accounts) because that information is not generated by Fidelity Investments due to the tax free nature of the accounts.

| Name of Person Reporting | Date of Report |
|---|---|
| Gilman, Ronald L. | 03/19/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Ronald L. Gilman**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544